BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL MARTINEZ CABALLERO,<br>VICENTA MUNOZ-PERALTA,<br>    aka "Norma,"<br>MARIANO VEGA HERNANDEZ,<br>MARTIN MUNOZ PERALTA,<br>ROMAN SANTANA,<br>ANTONIO HERNANDEZ SANCHEZ, and<br>EDGAR ALONSO BAUTISTA ARAZATE,<br><br>Defendants. | CASE NO.:  1:11-cr-00299-AWI<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS** |

   WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to dates of birth, telephone numbers and residential addresses ("Protected Information"); and

   WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

1    The parties agree that entry of a stipulated protective order is
2 appropriate.
3    THEREFORE, Defendants, by and through their counsel of record
4 ("Defense Counsel"), and the United States of America, by and through
5 Assistant United States Attorney Henry Z. Carbajal III, hereby agree and
6 stipulate as follows:
7    1.   This Court may enter a protective order pursuant to Rule 16(d)
8 of the Federal Rules of Criminal Procedure, and its general supervisory
9 authority.
10   2.   This Order pertains to all discovery provided to or made
11 available to Defense Counsel as part of discovery in this case
12 (hereafter, collectively known as "the discovery").
13   3.   By signing this Stipulation and Protective Order, Defense
14 Counsel agrees not to share any documents that contain Protected
15 Information with anyone other than Defense Counsel attorneys, designated
16 defense investigators, and support staff.  Defense Counsel may permit
17 the Defendant to view unredacted documents in the presence of his
18 attorney, defense investigators, and support staff.  The parties agree
19 that Defense Counsel, defense investigators, and support staff shall not
20 allow the Defendant to copy Protected Information contained in the
21 discovery.   The parties agree that Defense Counsel, defense
22 investigators, and support staff may provide the Defendant with copies
23 of documents from which Protected Information has been redacted.
24   4.   The discovery and information therein may be used only in
25 connection with the litigation of this case and for no other purpose.
26 The discovery is now and will forever remain the property of the United
27 States of America ("Government").   Defense Counsel will return the
28 discovery to the Government or certify that it has been shredded at the

conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: September 27, 2011        BENJAMIN B. WAGNER
                                 United States Attorney


                            By:  /s/Henry Z. Carbajal III
                                 HENRY Z. CARBAJAL III
                                 Assistant U.S. Attorney


DATED: September 27, 2011   By:  /s/Cristobal Perez
                                 CRISTOBAL PEREZ
                                 Attorney for Defendant
                                 LEONEL MARTINEZ CABALLERO


DATED: September 27, 2011   By:  /s/Salvatore Sciandra
                                 SALVATORE SCIANDRA
                                 Attorney for Defendant
                                 VICENTA MUNOZ-PERALTA


DATED: September 27, 2011   By:  /s/Katherine L. Hart
                                 KATHERINE L. HART
                                 Attorney for Defendant
                                 MARIANO VEGA HERNANDEZ


DATED: September 27, 2011   By:  /s/David A. Torres
                                 DAVID A. TORRES
                                 Attorney for Defendant
                                 MARTIN MUNOZ PERALTA

```
DATED: September 27, 2011      By:   /s/Ruben A. Villalobos
                                     RUBEN A. VILLALOBOS
                                     Attorney for Defendant
                                     ROMAN SANTANA


DATED: September 27, 2011      By:   /s/Carol Ann Moses
                                     CAROL ANN MOSES
                                     Attorney for Defendant
                                     ANTONIO HERNANDEZ SANCHEZ


DATED: September 27, 2011      By:   /s/Steven L. Crawford
                                     STEVEN L. CRAWFORD
                                     Attorney for Defendant
                                     EDGAR ALONSO BAUTISTA ARAZATE
```

**ORDER**

IT IS SO ORDERED.

Dated:    September 28, 2011
                                         CHIEF UNITED STATES DISTRICT JUDGE