ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
LEONEL MARTINEZ CABALLERO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00299-AWI |
| | ) |
| Plaintiff, | ) |
| | ) CONSENT ORDER GRANTING |
| vs. | ) SUBSTITUTION OF ATTORNEY |
| | ) |
| LEONEL MARTINEZ CABALLERO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Notice is hereby given that, subject to approval by the

court, LEONEL MARTINEZ CABALLERO substitutes ANTHONY P.

CAPOZZI, State Bar No. 068525 as counsel of record in place

of    JON RENGE    .

Contact information for new counsel is as follows:

    ANTHONY P. CAPOZZI, CSBN: 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
    1233 W. Shaw Avenue, Suite 102
    Fresno, California  93711
    Telephone:  (559) 221-0200
    Facsimile:  (559) 221-7997
    E-mail:  anthony@capozzilawoffices.com

1   I consent to the above substitution.

2   Date: 6/3/2013                                          /s/ Leonel Caballero
                                                            LEONEL MARTINEZ CABALLERO
3

4

5

6   I consent to being substituted.

    Date: 6/27/2013                                         /s/ Jon Renge
7                                                           JON RENGE

8

9   I consent to the above substitution.

10  Date: 6/17/2013                                         /S/ Anthony P. Capozzi

11                                                          ANTHONY P. CAPOZZI

12

13  The Substitution of attorney is hereby approved and so

    ORDERED.
14

15

16  IT IS SO ORDERED.

17
    Dated:  July 1, 2013                    _____
18                                              SENIOR  DISTRICT  JUDGE

19

20

21

22

23

24

25

26

27

28