```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
```

Attorney for Defendant,
LEONEL MARTINEZ CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:11-CR-00299-AWI |
| Plaintiff,  ) | |
| vs.  ) | STIPULATION AND ORDER TO ADVANCE SENTENCING |
| LEONEL MARTINEZ CABALLERO, ) | Date: March 24, 2014 |
|   ) | Time: 10:00 a.m. |
| Defendant.  ) | Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, March 24, 2014, at 10:00 a.m. be advanced to **Monday, March 3, 2014, at 10:00 a.m.** This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

///
///
///
///
///

- 1 -
Stipulation and [Proposed] Order to Advance Sentencing
Case No.: 1:11-CR-00299-AWI

IT IS SO STIPULATED.

Dated: February 25, 2014                */s/ Henry Z. Carbajal III*
                                        Assistant United States Attorney


Dated: February 25, 2014                */s/ Anthony P. Capozzi*
                                        ANTHONY P. CAPOZZI
                                        Attorney for
                                        LEONEL MARTINEZ CABALLERO

### ORDER

**IT IS SO ORDERED.** Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, March 24, 2014, at 10:00 a.m. to **Monday, March 3, 2014, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   February 27, 2014              _____
                                        SENIOR DISTRICT JUDGE