BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEONEL CABALLERO,<br><br>                    Defendant. | CASE NO.  1:11-CR-0299-AWI<br><br>PRELIMINARY ORDER OF FORFEITURE |

          Based upon the plea agreement entered into between plaintiff

United States of America and defendant Leonel Caballero, it

is hereby ORDERED, ADJUDGED, AND DECREED as follows:

          1.    Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461(c), defendant Leonel Caballero interest in the following

property shall be condemned and forfeited to the United States of

America, to be disposed of according to law:

          1.    Approximately 19,400 CD and DVD graphic inserts,
          2.    Approximately 1,850 Blank CDs,
          3.    Approximately 33,100 Blank DVDs,
          4.    Approximately 15,798 CD and DVD cases,
          5.    Approximately 3,798 disc sleeves,
          6.    Seal bags and wrappers,
          7.    The following items seized from 1608 Boise

Avenue, Modesto, California on July 25,
2011:
    a.  Approximately 6,825 DVDs and 268 CDs
    b.  9 CD and DVD disc burning towers,
    c.  50 computer printers
    d.  2 copy machines,
    e.  2 computer scanners, and
    f.  3 computers,

8.   Approximately 30,560 DVDs and 68,785 CDs seized from 521 Winmoore Way, Modesto, California on July 25, 2011,

9.   45,083 CDs seized from the possession of VINCENTA MUNOZ-PERALTA, MARIANO VEGA HERNANDEZ, MARTIN MUNOZ PERALTA, ROMAN SANTANA, and ANTONIO HERNANDEZ SANCHEZ, at Modesto 7th Street Flea Market, 1107 South 7th Street, Modesto, California on July 25, 2011,

10.  2006 Chevrolet Van, VIN# 1GCGG92U061129158, License Plate Number 6JEH084

11.  745 DVDs and 136 CDs seized from the van of MARTIN MUNOZ PERALTA, License Plate Number 6JEH084, on July 25, 2011,

12.  2005 Chevrolet G2500 Cargo Van, VIN# 1GCGG29V251246862, License Plate Number 8Y55066,

13.  Approximately 15 DVDs and 73 CDs seized from the van of LEONEL MARTINEZ CABALLERO, 2005 Chevrolet G2500 Cargo Van, VIN# 1GCGG29V251246862, License Plate Number 8Y55066,

14.  6 DVDs and 106 CDs seized from a Cadillac Escalade under the control of MARIANO VEGA HERNANDEZ, License Plate Number NV 532WGK,

15.  3 DVDs and 2 CDs seized from a Jeep vehicle under the control of MARIANO VEGA HERNANDEZ, License Plate Number 4SXR218,

16.  780 DVDs and 2,380 CDs seized from 2342 Poland Road, Modesto, California, and the vehicles of EDGAR BAUTISTA ARAZATE on July 25, 2011,

17.  Approximately $13,193.00 in U.S. Currency, seized from LEONEL MARTINEZ CABALLERO, on July 25, 2011,

18.  2007 Toyota Camry, VIN# 4T1BE46K27U010313, License Plate Number 5UED102, and

19.  The following items seized from the van of

LEONEL MARTINEZ CABALLERO, Chevrolet 3500
Cargo Van, VIN# 1GCHG39U531120297, License
Plate Number 8W16802:
    a.   1 "Continuous Ink System" printer module,
    b.   1 Konica BizHub copy machine,
    c.   4 cases of copy machine paper, and
    d.   2 CD and DVD disc burning towers.

2.   The above-listed assets represent any property real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly as a result of the commission of a violation of 18 U.S.C. § 371.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in their secure custody and control.

4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.§ 853(n), and Local Rule 171, the United States shall publish Notice of the order of forfeiture. Notice of this Order and notice of The Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted

on the official government forfeiture site, or within thirty (30)

days from receipt of direct written notice, whichever is earlier.

     5. If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of

Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   March 3, 2014                                 

                   SENIOR DISTRICT JUDGE