PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LEONEL CABALLERO,<br><br>                              Defendant. | CASE NO.  1:11-CR-00299-AWI<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on March 7, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1), based upon the plea agreement entered into between plaintiff and defendant Leonel Caballero forfeiting to the United States the following property:

1.      Approximately 19,400 CD and DVD graphic inserts,

2.      Approximately 1,850 Blank CDs,

3.      Approximately 33,100 Blank DVDs,

4.      Approximately 15,798 CD and DVD cases,

5.      Approximately 3,798 disc sleeves,

6.      Seal bags and wrappers,

7.      The following items seized from 1608 Boise Avenue, Modesto, California on July 25, 2011:

1      a.      Approximately 6,825 DVDs and 268 CDs

2      b.      9 CD and DVD disc burning towers,

3      c.      50 computer printers

4      d.      2 copy machines,

5      e.      2 computer scanners, and

6      f.      3 computers,

7    8.    Approximately 30,560 DVDs and 68,785 CDs seized from 521 Winmoore Way,

8  Modesto, California on July 25, 2011,

9    9.    45,083 CDs seized from the possession of VINCENTA MUNOZ-PERALTA,

10  MARIANO VEGA HERNANDEZ, MARTIN MUNOZ PERALTA, ROMAN SANTANA, and

11  ANTONIO HERNANDEZ SANCHEZ, at Modesto 7th Street Flea Market, 1107 South

12  7th Street, Modesto, California on July 25, 2011,

13    10.    2006 Chevrolet Van, VIN# 1GCGG92U061129158, License Plate Number

14  6JEH084,

15    11.    745 DVDs and 136 CDs seized from the van of MARTIN MUNOZ PERALTA,

16  License Plate Number 6JEH084, on July 25, 2011,

17    12.    2005 Chevrolet G2500 Cargo Van, VIN#1GCGG29V251246862, License Plate

18  Number 8Y55066,

19    13.    Approximately 15 DVDs and 73 CDs seized from the van of LEONEL

20  MARTINEZ CABALLERO, 2005 Chevrolet G2500 Cargo Van, VIN#

21  1GCGG29V251246862, License Plate Number 8Y55066,

22    14.    6 DVDs and 106 CDs seized from a Cadillac Escalade under the control of

23  MARIANO VEGA HERNANDEZ, License Plate Number NV 532WGK,

24    15.    3 DVDs and 2 CDs seized from a Jeep vehicle under the control of MARIANO

25  VEGA HERNANDEZ, License Plate Number 4SXR218,

26    16.    780 DVDs and 2,380 CDs seized from 2342 Poland Road, Modesto, California,

27  and the vehicles of EDGAR BAUTISTA ARAZATE on July 25, 2011,

28    17.    Approximately $13,193.00 in U.S. Currency,  seized from LEONEL

MARTINEZ CABALLERO, on July 25, 2011,

18.   2007 Toyota Camry, VIN# 4T1BE46K27U010313, License Plate Number 5UED102, and

19.   The following items seized from the van of LEONEL MARTINEZ CABALLERO, Chevrolet 3500 Cargo Van, VIN# 1GCHG39U531120297, License Plate Number 8W16802:

a.   1 "Continuous Ink System" printer module,

b.   1 Konica BizHub copy machine,

c.   4 cases of copy machine paper, and

d.   2 CD and DVD disc burning towers.

AND WHEREAS, beginning August 28, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.   Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1), to be disposed of according to law, including all right, title, and interest of Leonel Caballero.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The United States Marshals Service (or designee) shall maintain custody of and

///

///

control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   December 30, 2016

_____

SENIOR  DISTRICT  JUDGE